# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ROBERT HEAD, III, | : Case No. 3:20-cv-54 |
| Plaintiff, | : Magistrate Judge Sharon L. Ovington |
| | : (by full consent of the parties) |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

This case is before the Court on the parties' Stipulation to Award EAJA Fees (EAJA), 28 U.S.C. § 2412. (Doc. No. 17). Specifically, the parties stipulate and petition this Court to enter an order awarding attorney fees in the total amount of $4,200.00 under the EAJA. Their stipulation represents a compromise of disputed positions and is not intended to set a precedent for any specific hourly rate. The award of attorney fees will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412, that may be payable in this case.

Any fees paid belong to Plaintiff and can be offset to satisfy pre-existing debt that Plaintiff owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010).

After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly

signed by Plaintiff and counsel.

### IT IS THEREFORE ORDERED THAT:

1. The Parties' Stipulation to Award EAJA Fees (Doc. No. 17) is accepted and Defendant shall pay Plaintiff's attorney fees, costs, and expenses in the total amount of $4,200.00;

2. Counsel for the parties shall verify, **within thirty days of this Decision and Entry,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset.  If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel; and

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date:  December 21, 2020                               *s/Sharon L. Ovington*
                                                       Sharon L. Ovington
                                                       United States Magistrate Judge